RECEIVED

Jun 16, 2008

JUN 16 2008   MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the United States District
Court for the Northern District
of Illinois

Fredrick Lee Walker

VS.

people of the State of Illinois
Judge James M. Obbish
Attorney's Clarence L. Burch & Debra-
-A. Seaton.

Civil Case no._____
State case no. 00CR1807301
state persiding Judge James Obbish

08CV 3466
JUDGE SHADUR
MAGISTRATE JUDGE BROWN

petition for Removal

Now comes the petitioner Fredrick Lee Walker
pro'se. And move's this Honorable Court to hear
The petitioners motion for Removal. On facts of
Constitutional violations by Judge Obbish, the
State's Attorney's in all case's against the petitioner,
and court appointed Attorney's for the petitioner.
Clarence L Burch and Debra.

In Support of this motion the petitioner States
the following.

I. I have been incarcerated since June 24, 2000
on charge's of murdur, Arm Robbery, Home Invasion
and mutible other charge's, and if convicted on
such i could be Sentence to death in these matters.

2. Durren my incarceration on said charges, I've been completely denied all of my Constitutional Right's in almost all matter's concerning me By Judge Henry R. Simmons JR., Both Stat's - Attorney's in my case's. Attorney's Clarence - Burch, Woodard T. Jordan, Debra A. Seaton, Cook-County-Jail official's, many visitor's, that mention individual's creat problems involving me, and Cook-County-Court-House official's, and visitor's and ect—

3. I've been single out for unlawful treatment's in that I'm being completely denied Due process of the law, as well as equal protection of the law by all of The individual's stated here-in.

4. The nature of my case, and the belief's of the individual's stated here in has on numeberous occasion's, committed unlaw act's against me, for no other reason's but, because of their Ill feeling's toward's me for such. And such action's along of said individual's action's of the many Violation's of my constitutional right's have been the cause's of the rule's of discovery in my case's being violated. For every way of discussing my case's, to sumitting thier item's of discovery, to unconstitut-ional And/or unjustifie punishment's from said individual's (please see any and all report's filed by me as PrinCPViL federal court. As well!

Said individual's report's and /or criminal charge's put against me in retaliation for my complaint's against them. Or to out right try and mask their unlawful action's toward's me completely.

5  The Judge's, the State's Attorney's, and the defense Attorney's in my case's all are well aware of These Situation's, But instead of rightfully owning up to their official dutie's in these unlawful matter's, they all agree to ~~these~~ Such unlawful action's toward's me, to where they all will and have taken Some part in these unlawful action's to insure that I recieve Such hardship's in any of these matter's that any body Set's out against me. please See copy's of motion's for Substitutional Judge Simmon, and ineffective assistance of counselor's, motion for clarification and /or reconsideration of the court's ruling regarding motion for Substitutional Judge, and ineffective assistance of counsel. motion for violation of attorney and client privileged's. motion for Substitutional Judge, and ineffective assistance of counselor's. And other motion and oral motion's filed by me on court record's as well.

6. Court transcript's and record's regarding alot of these situation's have been manipulated or completely erace by mention official's.

7. I've been made to sumitt additional finger print's to the Cook-county-court official's, per my then court appointed public defender woodard T. Jordan, which he, the State's Attorney's in my case's knew that the State Crime lab was seeking in order to obtain finger print's of me that they didn't have to make a compearason, and faisly accuse me in the matter. Judge Simmons made me sumitt to such testing's.

8. Said Attorney's clarence L. Burch, and Debra A. Seaton was appointed to my case's to insure that i recieve proper and fair legal representation from the court's by properly providing legal representation to me in said death penalty cause's. But instead, said Attorney's intention's are not to provide me with any legal representation, and infact, i can prove that said Attorney's are against me in all the matter's that i required their sincere representation's.

9. Instead of any Judge in these matter's seeing to it that i recieve the benifit's of the law in these matter's said official's know are exactually what is going on in these matter's but also ignor my interest in these, to only cause

me more pain and suffering's in these matters.
For Instance, Said Judge Simmon's knew of
Attorney Woodard T. Jordan intention's in the
matter's which I've stated here-in against
him. But regardless that he knew, I was order
by Said Judge to come back to court and
get my discover to my criminal case's. Because
Said Judge stated that he was making me go
pro-se, against me wish's. And he even stated that
he was only given me a month to pre-pear for trial
and that he was not Showing me the rule's of
the court. Before I was sent to be evaluation
on the 10th floor by Said Judge, and appointed
Both Attorney's Clarence L. Burch and Debra Seaton
they're has been numeberous occasion's to where
Said Judge have allowed my Attorney's and
Cook-County-Jail-official **hinder** me from recieving
fair Judgement's in **my case.**
For Instance Said Cook-County-Jail official's ~~knew~~
knew that I was hearing a motion to quash Arrest and
Surpress evidence, and intention charge me with another
criminal Charge which was sent up to Said Judge court-
Room Sooner ~~then~~ then normal time's. And the Judge the
State and my Attorney's mention these new **charge's**
before my hearing on my motion was heard, and I was
again
~~enjoined~~ unlawfully ~~enjoined~~ punish because I ~~was~~
was denied relief Because of this.

10. Still i was denied any relief concerning the motion's
that i heard in foant of Judge Kazmeerk i, for substitute
of Judge and ineffective assi:stance of counselor's
on may 02.2006 Concerning these incident's, But
in stead i was sent back in front of Judge Simmon's
who denied my request to hear the issue's of ineffective
assi:stance of counselor's.

11. I've been denied to-be Evaluated by Doctor michael m.-
Gelbort and also medically Evaluated in conjunction
with psychsatric and psychological testing in preparation
for Trial by Said Doctor. Attorney's clarence Burch, and
Debra Seaton, and Judge Simmon's withdrew Two
motion's that was file on C.C.J. official's for violation's
of Said order's, and Contempt's of Court Charge's brought
against Said cook-county-Jail-official's, regardless
that they have denied me any medical care accordently
to any court order's for over a year in Said matter's,
and that i had a Civil Complaint against Said depart-
-ment pending in federal court's. And that i was
completely being denied all of my right's of Due
process of law, and that the record's refleck
C.C.J official's misconduct against me in these
matter's. I was also denied these Evaluation's and
unlawfully represented by Said Attorney's and Doctor,
Gelbort in these matter's. Due to i was never allowed
Said medical evaluation by any Doctor as order to be
in conjunction of Doctor Gelbort's testing of me.
Said Doctor even gave test Score's of my Claimend

as if they was truthful, regardless that said
evaluation's of me wasn't properly completed by
either said Doctor or any medical required Doctor
befor said Doctor Gielbort even came up with testing
Score's of me in such matter's. Said official's
even furthur disregarded all of my right's in these,
matter's. Because said Doctor Gielbort was allowed
to change my test score's two different times to
say that I was intelligent from the earlyer testing
Score's that he gave me of being borderline mentally
retardation without reevaluating me at all! the
motion's to surpress statement's, and on Atkin's
hearing was lost because of unlawful measur's
Committed toward's me, by Both Attorney's, Dorton, C.C.J-
official's Judge's in my case's, ect—

12) There's no question of the deep disregard's toward's
The petitioner in these matter's. Because the Court
record's should and need to reflect the fact's, that Judge
James m. Obbish don't have any concern's for any
of my constitutional right's in these matter's
because, He constantly denied me any of my right
in any matter's befor him of violation's of my
constitutional right's in these matter's by becoming
very unlawful toward's me in all matter's to
farthur violate all of my constitutional right's
in said matter's, and to furthur push me in
harm's way's by his many action's, behavior's
and attitude's in such matter's

Cook county-Jail court-Room official's even
have, express a deeply disregard for me, and my
Constitutional right's in these matters, By spreading
Rumorer's around said court house and many
visitor's, and to other official's that I Rape and
killed a old woman, and ect — I've con-
tinue to be single out for unlawful treatment's in
these matter's by mention Judge Obbish, Because
Court room officer's of his court Room supported
or made false statement's to said Judge about
me, and I've been denied any fairness in these
matter's by said Judge Obbish. But instead said
Judge order's for me to be brought to open court
with said official's with Gun's on their personal's,
multible officer's present in said court Room, and
made to form a negative looking circle around me
as if I'm a real killer. I'm force to wear a mask
over my face in said open court Room while it's
going on. And I'm made to wear chain's around
my waist, Ankle's, and hand's in said open court
Room. Because said Judge falsly accussed me,
of making verbal threat's toward's him. And Both
Attorney's Clarence Burch and Debra Seaton stated
that I spit on them.

12. Many Attempts have been made by myself to be freed from a conflick of interests in said matters. But Judge Obbish again refuse to offer my any fairness in these matters, But allow said Attorney's Clarence Burch, and Debra Seaton to Continue to cause me such hardships in their total representation of me in these matters.

13. I was set up by Attorney's Clarence Burch, Debra-Seaton, The States Attorney's in my cases. The psychiatric Doctor's on the tenth floor of Cook-County-court officials builting. Judge Obbish, Cook-County-Jail officials to be sent to Chester mental Health Center, to say that I'm a major problem, and sumitted extremly untruthful report's about me to said mental Health official's. I was again unlawfully physically attacked and assulted by said mental Health official's Inorder to start me out on mental Health medications to say that I have an anger problem.

14. Cook-County-Jail official's continue's to violate all of my constitutional right's in these matters even though I have civil action's pendding against them in federal court's. I'm often the victom of the many unlawful measur's that are taken against me by said official's (please see any and/or all documents - upon request concerning such). I've been denied all of my ~~ ~~ right's to any of the court orders that have been enter in my criminal cases

by Cook-county Jail official's whos only intention's are to contest said court order's, Because for one They are upset that i have them, and also because I'm back from chester mental Health center Sooner then They wished me gone. Attorney Burch & Seaton are also apart of these matters against me, to try and denied me all of my right's in said matters. The petitioner has been criminally charged in approximately Twenty-Two other cases by C.C.J-official's, unlawfully!!

15. For these reason's the petitioner fears that he is not being treated under the equal protection of the law. Due to the nature of his criminal charges, and the facts that approximately "two Cook-county-Jail-official know's of the petitioner, his family friend's, and the victoms family and friends, and have done had relation's with the petitioner befor his incarceration, and have done lived in the area of the So call crime scene of his case's. For the reasons stated here-in, the petitioner is being denied his funda-mental constitutiona rights, which is a infring-ement of said petitioners rights. And the petitioner pray's that this case be removed to the united-State's District court for the Northern District of Illinois Eastern Division.

(See exhibit "A") copy of court Transcript's of Doctor Gelbor Statement's and action's of all parties concerning motion's to Surpress State's of the petitioners, and Atkins hears.

(See exhibit "B") of motion's filed Apr 27, 2006 and may 02, 2006 for Substitute Judge and ineffective assistance of Counsel.

(See exhibit "C") of motion filed Feb 02, 2007 for Clarification and/or reconsideration of the court's ruling regarding motion for Substitute of Judge, and ineffective assistance of counsel.

(See exhibit "D") of motion filed Feb 02, 2007 for Violation of attorney and client privileged's.

(See exhibit "E") of motion filed Sep 03, 2007 for Substitute Judge, and ineffective assistance of Counselors.

(See exhibit "F") coy's of Doctor michael Gelbort Evaluation's of petitioner, and related court order's, and Document's relating to Such.

(See exhibit "G") copy's of Civil complaint filed against cook-county-Jail official's, and other related document's relating to Such.

Certificate of Service

Now comes the plaintiff and submitts a true and correct copy of the following notice of removal and petition for the removal to the united states district clerk for the northern district located at 219 South – –Dearborn Chicago Illinois 60604, and also a copy of the following to Cook-County-clerk

Respectfully Sumitted
Fredrick L. Walker

FILED

JUN 16, 2008
JUN 1 6 2008
NM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the United States District Court for the Northern District of Illinois

Fredrick L. Walker

VS.

people of the State of Illinois
Judge James micheal Obbish
Attorney's Clarence L. Burch & Debra A. Seaton.

08CV 3466
JUDGE SHADUR
MAGISTRATE JUDGE BROWN

State case no. 00CR1807301
State persiding Judge. James Obbish

## Notice of Removal

Now comes Fredrick L. Walker pro'se. And moves this Honorable court to give notice of removal to the named individual's people of the State of Illinois, Judge, James M. Obbish and Both Attorney Clarence L. Burch and Debra A. Seaton.

## Statements of Facts

1) Due to the defendant being denied the rights to be Innocent until proven Guilty, and equal protection of the Law, The defendant cannot enforce his rights in the State court which the united States Constitution affords individuals the rights to equal protection under the Law.

2) The petitioner for removal is sumitted to the court and Judge James m. Obbish to give notice of removal.

Respectfully Sumitted
Fredith L. Walfel

In the United States District
Court for the Northern District
Of Illinois

Jun 16, 2008
JUN 16 2008 MD

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

State Case No. 00CR1807301

Fredrick Lee Walker    State persiding Judge James Obbish

08CV 3466
V.S.                    JUDGE SHADUR
MAGISTRATE JUDGE BROWN

people of the State of Illinois
Judge James Michael Obbish
Attorney's Clarence L. Burch, & Debra-
A. Seaton.


Inquiry to Judge


Cover Sheet


This inquiry is a manifesto to inform the Honorable-
Judge in the cause of people VS. Fredrick Walker,
Case No. 00CR18073 that the defendant is indigent
and is without the founds to get a certified copy
of the record and the transcripts pertaining to the
plaintiff's case. Also, due to the defendant
invoking his constitutional right to be represented
by counselor's other than Attorney's Clarence Burch,
and Debra Seaton the Honorable Judge James Obbist
has denyed the defendant the right equal protection
under the law ( please See Transcript's and Court record's
pertaining to me from November 11, 2006 til present).
for these reason's I haven't been able to
Obtain a copy of the Colloquy.

The defendant is at the mercy of the court, and if these Transcripts ~~were~~ are order than the defendant's case will have a chance to stand and will verify the allegations of the defendant. Thank you for listening your honor

Respectfully submitted

Fradligh f cudfer

In the United States District
Court for the Northern District
of Illinois

State Case No. 00CR1807301

Fredrick Lee. Walker

State presiding Judge: James Obbish

Civil Case No: _____

VS.

People of the State of Illinois
Judge James michael. obbish.
Attorney's Clarence L. Burch, & Debra-
A. Seaton.

## Sworn Affidavit

Now comes Fredrick L. Walker and Swears under
the pains and penalties of perjury and submits
that the petitioner is without the founds to pay
for filing of the petition for removal. The petitioner
States that Cook County-Jail administrative Depart-
ment want sign the original I.F.P. Form because
The petitioner has sued and filed numeberous Com-
plaint's against said institution and the staff
for constitutional violations. Thus the petitioner
Swears under the pains and penalties of perjury
and makes notations that this affidavit is true
and correct to the best of the petitioner's knowledge
and belief.

Respectfully Submitted
Fredrick L. Walker