

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
JUN 16 2008
Jun 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** PEOPLE OF THE STATE OF ILLINOIS, et al.

**Defendant(s):** FREDRICK LEE WALKER

**County of Residence:**

**County of Residence:** COOK

**Plaintiff's Address:** See attached

**Defendant's Attorney:**
Fredrick Lee Walker
#2008-0033423
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 2. U.S. Government Defendant
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 3466
JUDGE SHADUR
MAGISTRATE JUDGE BROWN

**Origin:**
[ ] 1. Original Proceeding
[✓] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus & Other

**Cause of Action:** 28:1441

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke    **Date:** 6/16/08

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601