# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3466 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Frederick L. Walker vs. State of Illinois, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. This Court orders a remand of this action to the state court of origin, to be implemented forthwith. Walker is ordered on or before July 7. 2008 either (a) to pay the $350 filing fee or (b) if he is not financially able to do so, to file an In Forma Pauperis Application together with his trust fund account statement for the period from December 1, 2007 to June 16, 2008. This remand order constitutes a "strike" for purposes of Section 1915(g).

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|