# United States District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois  60604

**Michael W. Dobbins,**          **Office of the Clerk**
**Clerk**                          **(312) 435-5698**

June 23, 2008

Ms. Dorothy Brown,  Clerk of Court
**Attention: Paul Bernstein**
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street, Room 801
Chicago, IL  60602

| | |
|---|---|
| Re: | People Of The State Of Illinois et al v. Walker et al |
| USDC No: | 08 C 3466 - Judge Shadur |
| Circuit Court No: | 00 cr 1807301 |

Dear Ms. Brown:

A certified copy of an order entered on   June 20, 2008  by the  Honorable Milton I. Shadur remanding the above-entitled case to the Circuit Court of Cook County, Illinois,  is herewith transmitted to you for your files.

　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk


　　　　　　　　　　　　　　　　　By:     Haydee Pawlowski
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Enclosure(s)
Copy to attorneys of record